# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1349

_____

Steven M. Maus,                            *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the
                                           *   District of Minnesota.
Brian N. Toder and                         *
Chestnut & Cambronne, P.A.,                *   [UNPUBLISHED]
                                           *
            Appellees.                     *

_____

Submitted: October 18, 2010
Filed:  October 25, 2010

_____

Before RILEY, Chief Judge, BYE and MELLOY, Circuit Judges.

_____

PER CURIAM.

Steven M. Maus appeals the district court's[1] grant of summary judgment in favor of Brian N. Toder and Chestnut & Cambronne, P.A.  We affirm.

The dispute giving rise to this action is an attorney's lien for unpaid attorney fees in the amount of $81,778.93 held by the appellees on Maus's partnership dissolution trust account.  After a state court entered judgment for the lien and the

_____

[1]The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota, sitting in the District of Minnesota.

Minnesota Court of Appeals affirmed the judgment, <u>Maus v. Galic</u>, No. A06-1183, 2007 WL 1248160, at *2 (Minn. Ct. App. May 1, 2007), Maus brought this action in federal court seeking an accounting; he also stated claims for usury, breach of fiduciary duty, and an alleged violation of the Truth in Lending Act (TILA), 15 U.S.C. §§ 1601-1667f. The district court concluded the claim for an accounting was barred by the doctrine of collateral estoppel because of determinations made in the Minnesota state court proceedings; the district court further concluded the claims for usury, breach of fiduciary duty, and the alleged TILA violation either failed on the merits or were time-barred. <u>Maus v. Toder</u>, 681 F. Supp. 2d 1007, 1013-19 (D. Minn. 2010).

Having carefully reviewed the record de novo, as well as the parties' briefs, we affirm for the reasons stated by the district court in its thorough and well-reasoned decision. <u>See</u> 8th Cir. R. 47B.

_____